**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| DELTA L. EADY, *Plaintiff*, v. AMERICAN TOW & RECOVERY, et al. *Defendants*. | ) | Case No. 1:26-cv-145 Judge Travis R. McDonough Magistrate Judge Michael J. Dumitru |

# ORDER

On May 29, 2026, Plaintiff filed this *pro se* action (Doc. 2) and an application for leave to proceed *in forma pauperis* (Doc. 1). On September 25, 2026, United States Magistrate Judge Michael J. Dumitru issued a report and recommendation ("R&R"), recommending the Court dismiss the complaint and deny the application to proceed *in forma pauperis* as moot. (Doc. 11.) The R&R reasoned that Plaintiff has failed to state a proper claim under the Americans with Disabilities Act pursuant to applicable § 1915 standards. (*Id.*) The R&R therefore recommended the Court decline to exercise supplemental jurisdiction over Plaintiff's related state law claims. Plaintiff did not object to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with Magistrate Judge Dumitru's well-reasoned conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 11) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

**AN APPROPRIATE JUDGMENT WILL ENTER.**

**/s/ *Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**